IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN WILLIAMS, )<br>)<br>Defendant. ) | Criminal Action No.<br>07-00272-02-CR-W-ODS |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

**I.     BACKGROUND**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on June 4, 2008. Defendant John Williams appeared in person and with appointed counsel Bruce Houdek. The United States of America appeared by Assistant United States Attorney Bruce Clark.

On August 7, 2007, an indictment was returned charging defendant with armed bank robbery, in violation of 18 U.S.C. §§ 2113(a) and (d), and using a firearm during the commission of a crime of violence, in violation of 18 U.S.C. § 924(c). On March 4, 2008, a superseding indictment was returned adding two more armed bank robberies, two more counts of using a firearm in relation to a crime of violence, and one count of conspiracy to commit bank robbery while using a gun, in violation of 18 U.S.C. § 371. Co-defendant Marc Kindred pled guilty on November 2, 2007; co-defendant Diallo Pruit pleaded guilty on February 1, 2008; co-defendant Zaric Brown pled guilty on December 5, 2007; and co-defendant Herman Hampton pled guilty on March 5, 2008.

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Clark announced that he and David Barnes will be the trial counsel for the government. The case agent to be seated at counsel table is Special Agent Kevin McClary and paralegal Janice Sheridan.

Mr. Houdek announced that he will be the trial counsel for defendant John Williams. He may be assisted by Thomas Houdek, paralegal.

## III. OUTSTANDING MOTIONS

There are no pending motions in this case.

## IV. TRIAL WITNESSES

Mr. Clark announced that the government intends to call 45 witnesses without stipulations or 40 witnesses with stipulations during the trial.

Mr. Houdek announced that defendant John Williams intends to call 10 to 12 witnesses during the trial. The defendant may testify.

## V. TRIAL EXHIBITS

Mr. Clark announced that the government will offer approximately 200 exhibits in evidence during the trial.

Mr. Houdek announced that defendant John Williams will offer no exhibits in evidence during the trial.

## VI. DEFENSES

Mr. Houdek announced that defendant John Williams will rely on the defenses of general denial and alibi.

## VII. POSSIBLE DISPOSITION

Mr. Houdek stated this case is definitely for trial.

## VIII. STIPULATIONS

Stipulations are likely as to chain of custody and bank's FDIC insured status.

## IX. TRIAL TIME

Counsel were in agreement that this case will take 3 to 4 days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed November 20, 2007, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by June 4, 2008;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, June 11, 2008;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, June 11, 2008. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

Motions in limine on the following issues will probably be filed: Defendant - character evidence; Government - adequacy of alibi notice. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on June 16, 2008. The parties

request the second week of the docket so that defense counsel can complete preparations for trial.

/s/ Robert E. Larsen

ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
June 4, 2008

cc: The Honorable Ortrie Smith
 Mr. Bruce Clark
 Mr. Bruce Houdek
 Mr. Jeff Burkholder

4